IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIMMY LEE ALLRED, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:16CV611 |
| v. ) | 2:94CR175-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

For the reasons set forth in this court's Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's Motion (Doc. 120) and Amended Motion (Doc. 125) to vacate, set aside or correct sentence under 28 U.S.C. § 2255 are **GRANTED**. The Clerk is directed to set this matter for resentencing. Petitioner remains in custody, and the United States Attorney is directed to produce Petitioner for the resentencing hearing. The Probation Office is directed to prepare a Supplement to the Presentence Investigation Report in advance of the hearing.

This the 24th day of April, 2018.

_William L. Osteen, Jr._
United States District Judge